Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–29725–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald Panfili
   2 Carney Way
   Yardville, NJ 08620

Social Security No.:
   xxx–xx–1033

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 12, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29725-CMG
Gerald Panfili                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Dec 12, 2018
                             Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db           +Gerald Panfili,   2 Carney Way,   Yardville, NJ 08620-9740
cr           +Investors Bank,    INVESTORS BANK,   101  JFK Parkway,   Short Hills, NJ 07078-2793
517892957    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
517793924    +Investors Bank,   101 JFK Parkway,   Short Hills, NJ 07078-2793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:53     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517858650     EDI: BANKAMER.COM Dec 13 2018 05:30:00     Bank of America, N.A.,   PO BOX 31785,
               Tampa, FL 33631-3785
517876271     EDI: CAPITALONE.COM Dec 13 2018 05:30:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
517850267    +E-mail/Text: bankruptcy@cavps.com Dec 13 2018 00:52:10     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517804845     EDI: DISCOVER.COM Dec 13 2018 05:29:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
517793923    +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 13 2018 00:52:27     Harley Davidson Credit,
               8529 Innovation Way,   Chicago, IL 60682-0085
517907838     EDI: RESURGENT.COM Dec 13 2018 05:29:00     LVNV Funding, LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517796092    +EDI: RMSC.COM Dec 13 2018 05:30:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Brian W. Hofmeister   on behalf of Debtor Gerald  Panfili bwh@hofmeisterfirm.com
              Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald   on behalf of Creditor   Harley-Davidson Credit kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca K. McDowell   on behalf of Creditor   Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III   on behalf of Creditor   Investors Bank wsaldutti@slgcollect.com,
               cflannery@slgcollect.com
                                                                                   TOTAL: 7